UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR101 (OAW) (RAR) |
| v. | VIOLATIONS: |
| JOHN A. MASANOTTI, JR. | 18 U.S.C. § 1343 (Wire Fraud)<br>18 U.S.C. § 1957 (Illegal Monetary Transactions)<br>18 U.S.C. § 1001 (False Statements)<br>18 U.S.C. § 1519 (Falsification of Records in a Federal Investigation) |

INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH EIGHT
(Wire Fraud)

At all times relevant to this Indictment, unless otherwise stated:

1. Defendant JOHN A. MASANOTTI, JR. ("MASANOTTI") was the owner and managing member of Middlesex Mortgage Group, LLC, also known as Middlesex Group, LLC ("Middlesex").

2. Middlesex was a limited liability company organized in the state of Connecticut with its principal place of business in Darien, Connecticut.

3. From in or around January 2016 to in or around October 2023, MASANOTTI was a resident of Darien, Connecticut.

4. Through Middlesex, MASANOTTI, acting as an investment advisor, purported to manage a pooled investment vehicle on behalf of investors.

The Scheme

5. In or around 2016, in the District of Connecticut and elsewhere, MASANOTTI knowingly and with the intent to defraud devised and executed a scheme and artifice to defraud investment clients and to obtain money and property from those clients by means of materially false and fraudulent pretenses, representations, and promises, by misrepresenting to his clients that he intended to use, and did use, their investments for their benefit and in accordance with certain investment objectives and strategies, when in fact MASANOTTI used his clients' money for his own purposes and to pay returns to other clients.

Manner and Means

It was part of the scheme and artifice to defraud that MASANOTTI took, among others, the following steps in the District of Connecticut and elsewhere.

6. Beginning in at least 2016, MASANOTTI solicited investments in Middlesex's fund from potential clients. In total, from January 2016 through May 2023, MASANOTTI received more than $4 million in investments from more than ten clients.

7. Beginning in at least 2016 and continuing through 2023, MASANOTTI misappropriated his clients' investments. MASANOTTI claimed to clients and potential clients that their money was going to be, and was in fact, pooled together and invested in foreign currency and other investments. In truth, MASANOTTI did not use his clients' money as he promised, but instead used their money to pay his personal expenses and to pay other clients their promised returns.

8. In addition, to perpetuate and conceal his scheme, MASANOTTI provided clients with fraudulent monthly account statements from Middlesex, which showed fake investment profits.

9. Victims of MASANOTTI's scheme included, but were not limited to:

   a. "Client 1," a married couple residing in Connecticut and Florida whose identity is known to the Grand Jury, invested more than $890,000 with MASANOTTI over several transactions, based on MASANOTTI's misrepresentations that he would and did invest their money in foreign currency. Client 1 relied on MASANOTTI to make all investment decisions. Client 1's investments included, on or about July 25, 2019, a $160,000 check from Client 1 that was deposited into Middlesex's Chase Bank checking account ending in 5465 controlled by MASANOTTI (the "Middlesex Chase Bank checking account"); and, on or about January 23, 2020, a $120,000 check from Client 1 that was deposited into the Middlesex Chase Bank checking account. MASANOTTI provided Client 1 with fake monthly account statements.

   b. "Client 2," a married couple residing in Florida whose identity is known to the Grand Jury, invested more than $592,000 with MASANOTTI over several transactions, based on MASANOTTI's misrepresentations that he would and did use an algorithm to buy and sell currencies with client funds. Client 2 relied on MASANOTTI to make all investment decisions. Client 2's investments included, for example, on or about January 21, 2021, a $164,574 check from Fidelity Investments for the benefit of Client 2 that was deposited into the Middlesex Chase Bank checking account; and, on or about March 23, 2022, a $270,300 cashier's check from Client 2 that was deposited into the Middlesex Chase Bank checking account. MASANOTTI provided Client 2 with fake monthly account statements.

   c. Client 3, a married couple residing in Connecticut whose identity is known to the Grand Jury, invested approximately $350,000 with MASANOTTI over several

transactions, based on MASANOTTI's misrepresentations that Client 3's money would be and was invested in foreign currency and that the investments were liquid and protected by a surety bond involving a pre-IPO company. Client 3's investments included, on or about June 30, 2020, a $75,000 check from Client 3 that was deposited into the Middlesex Chase Bank checking account; and, on or about April 12, 2021, a $125,000 check from Client 3 that was deposited into the Middlesex Chase Bank checking account. MASANOTTI provided Client 3 with fake monthly account statements.

  d. Client 4, a married couple residing in Connecticut and Florida whose identity is known to the Grand Jury, invested $725,000 with MASANOTTI in two transactions, based on MASANOTTI's misrepresentations that their money would be and was invested in foreign currency using a proprietary algorithm. Client 4's investments included, on or about June 6, 2022, a $225,000 check from Client 4 that was deposited into the Middlesex Chase Bank checking account; and, on or about August 22, 2022, a $500,000 check from Client 4 that was deposited into the Middlesex Chase Bank checking account. MASANOTTI provided Client 4 with fake monthly account statements.

Execution of the Scheme and Artifice

10. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice described above, MASANOTTI knowingly caused to be transmitted in interstate commerce certain writings, signs, signals, pictures, and sounds, each of which is a separate count of this Indictment, as follows:

| Count | Approximate Date | Description of Interstate Wire Caused by MASANOTTI |
|---|---|---|
| 1 | July 25, 2019 | Settlement of Client 1's $160,000 check deposited in Connecticut into the Middlesex Chase Bank checking account |

| Count | Approximate Date | Description of Interstate Wire Caused by MASANOTTI |
|---|---|---|
| 2 | January 23, 2020 | Settlement of Client 1's $120,000 check deposited in Connecticut into the Middlesex Chase Bank checking account |
| 3 | June 30, 2020 | Settlement of Client 3's $75,000 check deposited in Connecticut into the Middlesex Chase Bank checking account |
| 4 | January 21, 2021 | Settlement of Client 2's $164,574 check deposited in Connecticut into the Middlesex Chase Bank checking account |
| 5 | April 12, 2021 | Settlement of Client 3's $125,000 check deposited in Connecticut into the Middlesex Chase Bank checking account |
| 6 | March 23, 2022 | Settlement of Client 2's $270,300 cashier's check deposited in Connecticut into the Middlesex Chase Bank checking account |
| 7 | June 6, 2022 | Settlement of Client 4's $225,000 check deposited in Connecticut into the Middlesex Chase Bank checking account |
| 8 | August 22, 2022 | Settlement of Client 4's $500,000 check deposited in Connecticut into the Middlesex Chase Bank checking account |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS NINE THROUGH NINETEEN
(Illegal Monetary Transactions)

11. Paragraphs 1 through 10 are incorporated by reference.

12. On or about the dates set forth below, in the District of Connecticut and elsewhere, MASANOTTI did knowingly engage and attempt to engage in monetary transactions, by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property that was of a value greater than $10,000, that is the transactions indicated below, such property having been derived from specified unlawful activity, that is wire fraud, in violation of Title 18, United States Code, Section 1343, as described in this Indictment, each transaction constituting a separate count of this Indictment:

All in violation of Title 18, United States Code, Section 1957.

## COUNT TWENTY
(False Statements)

13. Paragraphs 1 through 12 are incorporated by reference.

14. At all relevant times, Gain Capital Group LLC (dba Forex.com) ("Gain") was a provider of online trading services.

15. On or about January 4, 2024, in the District of Connecticut, MASANOTTI, did knowingly and willfully make and cause to be made materially false, fictitious, and fraudulent statements and representations to a Special Agent of the Federal Bureau of Investigation ("FBI"), a department and agency of the executive branch of the Government of the United States, in a matter within its jurisdiction.

16. Specifically, MASANOTTI falsely stated to an FBI Special Agent that in March 2023, a Gain account controlled by MASANOTTI had a balance of around $40 million, when he knew, then and there, that the Gain account did not then have, and never had, a balance of around $40 million.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWENTY-ONE
(Falsification of Records in a Federal Investigation)

17. Paragraphs 1 through 16 are incorporated by reference.

18. On or about January 8, 2024, in the District of Connecticut and elsewhere, MASANOTTI did knowingly alter, falsify, and make a false entry in a document and record with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation and the United States Securities and Exchange Commission, agencies and departments of the United States, that is, MASANOTTI

7

altered, falsified, and made false entries in a Gain financial account statement to misrepresent that as of May 31, 2023, there was more than $40 million in a Gain account controlled by MASANOTTI, in an attempt to obstruct and influence an investigation into MASANOTTI's misappropriation of his clients' investments.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*[signature]*
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY

| Count | Approximate Date | Monetary Transaction |
|---|---|---|
| 9 | July 25, 2019 | Transfer of $24,000 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 10 | January 24, 2020 | Transfer of $26,300 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 11 | January 22, 2021 | Transfer of $30,000 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 12 | January 22, 2021 | Transfer of $50,000 from the Middlesex Chase Bank checking account to a Chase Bank savings account ending in 3293 in the name of Middlesex Mortgage Group |
| 13 | April 13, 2021 | Transfer of $25,000 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 14 | March 24, 2022 | Transfer of $175,000 from the Middlesex Chase Bank checking account to a Chase Bank savings account ending in 3293 in the name of Middlesex Mortgage Group |
| 15 | March 24, 2022 | Transfer of $35,000 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 16 | June 8, 2022 | Transfer of $20,000 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 17 | June 8, 2022 | Transfer of $40,000 from the Middlesex Chase Bank checking account to a Chase Bank savings account ending in 3293 in the name of Middlesex Mortgage Group |
| 18 | August 23, 2022 | Transfer of $30,000 from the Middlesex Chase Bank checking account to a Chase Bank private client checking account ending in 7765 in the name of MASANOTTI and his wife |
| 19 | August 23, 2022 | Transfer of $200,000 from the Middlesex Chase Bank checking account to a Chase Bank savings account ending in 3293 in the name of Middlesex Mortgage Group |